
FILED

NOV 1 2 2015

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHNA KOONTZ, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP and COUNTRYWIDE BANK, N.A.; and RESIDENTIAL CREDIT SOLUTIONS, INC., , <br><br> Defendants. | CV 15–108–M–DLC <br><br> ORDER |

Before the Court are the parties' stipulated motion to dismiss Defendant Bank of America Corporation, as well as Plaintiff's unopposed motion for a one-day extension for filing her response to Defendants' second motion to dismiss. Furthermore, the Court notes that Plaintiff filed her Amended Complaint by right on September 18, 2015, twenty-one days after Defendants filed their first motion to dismiss. Defendants do not dispute that Plaintiff's Amended Complaint mooted their first motion, and indeed filed their second motion as a result.

Accordingly, IT IS ORDERED that:

(1) The parties' stipulated motion to dismiss Defendant Bank of American Corporation (Doc. 13) is GRANTED.

(2) Plaintiff's unopposed motion for an extension to file her response to Defendants' second motion to dismiss (Doc. 14) is GRANTED.

(3) Defendants' first motion to dismiss (Doc. 3) is DENIED AS MOOT.

DATED this 12th day of November, 2015.

Dana L. Christensen, Chief Judge
United States District Court