# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| JOHNA KOONTZ, | CV 15–108–DWM–JCL |
| Plaintiff, | |
| vs. | ORDER |
| BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, L.P. f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP and COUNTRYWIDE BANK N.A.; and RESIDENTIAL CREDIT SOLUTIONS, INC., | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending deadlines are VACATED.

DATED this 28th day of October, 2016.

Jeremiah C. Lynch
United States Magistrate Judge